IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

SAMUEL D. HANNA
_____/

INFORMATION

4:06cr33-SPM

THE UNITED STATES ATTORNEY CHARGES:

That from in or about 2000, until in or about January, 2003, in the Northern District of Florida, the defendant,

SAMUEL D. HANNA,

did knowingly and willfully execute and attempt to execute a scheme and artifice to defraud and to obtain moneys, funds, and credits owned by and under the control of C&L Bank, and its successor known as The Bank, both federally insured financial institutions, by means of material false and fraudulent pretenses, representations, and promises, in that, in connection with applications for loans, modifications, extensions, and renewals of such loans with C&L Bank and its successor known as The Bank, the defendant knowingly submitted and caused to be submitted to C&L Bank, and its successor known as The Bank, false and fraudulent financial statements concerning the defendant's net worth and liabilities, and false and fraudulent statements concerning the nature and existence of collateral pledged to support said loans and extensions.

In violation of Title 18, United States Code, Sections 1344 and 2.

OFFICE OF CLERK
U.S. DISTRICT CT
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

SCANNED/POSTED/RETURNED IN FLND

06 MAY 12 AM 11: 28

Date _____ By _____

FILED

## **FORFEITURES**

The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 982(a)(2)(A).

1. From his engagement in the violation alleged in Count One of this Information, the defendant, **SAMUEL D. HANNA**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A) any and all of the defendant's right, title and interest in any property, real and personal, constituting, and derived from, proceeds traceable to such offense.

2. If any of the property described above, as a result of any act or omission of the defendant(s):

   a. cannot be located upon the exercise of due diligence;

   ii. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section

2

982(a)(2)(A) and Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

                                                GREGORY R. MILLER
                                                United States Attorney

                                                STEPHEN M. KUNZ
                                                Assistant United States Attorney

                                                5/11/06
                                                DATE