**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                                   **CASE NO.: 4:06-CR-033-SPM**

**SAMUEL HANNA,**

                **Defendant.**
_____/

**ORDER CONTINUING SENTENCING**

        **THIS CAUSE** comes before the Court upon the "Government's Motion to
Continue Sentencing" (doc. 21) filed September 18, 2006, in which the
Government requests additional time to work with Defendant, who is currently
providing substantial assistance regarding a scheme to defraud a financial
institution.  Defense counsel offers no objection to the granting of the motion.

        Finding the request to be reasonable, it is thus

        **ORDERED AND ADJUDGED** as follows:

        1.        The Government's Motion to Continue (doc. 21) is hereby *granted*.

        2.        Sentencing is reset for ***Monday, December 18, 2006*** at ***1:30pm*** at
the United States Courthouse in Tallahassee, Florida.

        **DONE AND ORDERED** this <u>nineteenth</u> day of September, 2006.

        _s/ Stephan P. Mickle_____
        Stephan P. Mickle
        United States District Judge